# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 31, 2007

Clifford W. Taylor,
Chief Justice

133984

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SC: 133984
COA: 275813
Genesee CC: 06-018286-FC

MARQUIS LICQUIA FISHER,
      Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the April 19, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 31, 2007

_____
Clerk

p1024